IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RENEA M. BRYANT,

      Plaintiff,

v.                                CASE NO. 4:12cv465-RH/CAS

PAULA SPARKMAN et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

The plaintiff received a traffic citation from a local police officer under state law. The plaintiff demanded and received a hearing. She lost. She did not seek review in the state system. Instead, she filed this federal action, in effect challenging the state decision. The case is before the court on the magistrate judge's report and recommendation, ECF No. 4, which correctly concludes that the case should be dismissed. No objections have been filed. Upon consideration,

      IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

SO ORDERED on November 1, 2012.

s/Robert L. Hinkle<br>
United States District Judge